IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| LADARIUS JOHNSON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-156-Z-BR |
| TYSON FOODS, INC., | § § § | |
| Defendant. | § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge **GRANTS** Defendants' Motion to Dismiss (ECF No. 6) and **DISMISSES** this case **WITH PREJUDICE**.

Judgment is rendered accordingly.

January 20, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE